UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN DOMINICK BERGERON, | ) | No. CV 10-129 JST (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| JOHN MARSHALL, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: July 4, 2012

/s/ Josephine Tucker
JOSEPHINE STATON TUCKER
United States District Judge